

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00462-CR

EX PARTE PHO RI MA

Appeal from the 339th District Court of Harris County (Tr. Ct. No. 1271246-A)

**TO THE 339TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 25th day of September, 2014, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> The cause heard today by the Court is an appeal from the judgment signed by the court below on June 4, 2014. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 25, 2014.

Per curiam opinion delivered by panel consisting of Justices Massengale, Brown, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 30, 2015

Date

_Christopher A. Prine_

CHRISTOPHER A. PRINE
CLERK OF THE COURT

